D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

JOB V. HERRERA,

                        Plaintiff,    ORDER OF DISMISSAL

                                          CV 2003-5243 (ARR)(MDG)
    - against -

ANGELO SEGRETI, et ano,

                        Defendants.

- - - - - - - - - - - - - - - - - - - X

The plaintiff having advised the Court that an agreement has been reached to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty days of the date of this Order.

Dated: Brooklyn, New York
       June 28, 2005

                                         ALLYNE R. ROSS
                                         UNITED STATES DISTRICT JUDGE